IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR244

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| KEVIN ROBERT MAINES ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the hearing on the Defendant's supervised release violation from the November 20, 2006, calendar.

**IT IS, THEREFORE, ORDERED** that this case is continued from the November 20, 2006, sentencing calendar and is hereby **RESCHEDULED** for hearing on **TUESDAY, NOVEMBER 28, 2006, AT 11:30 AM, in Asheville, North Carolina**.

Signed: November 15, 2006

Lacy H. Thornburg
United States District Judge